1  Daniel Feder (SBN 130867)
2  Claire Cochran (SBN 222529)
   **LAW OFFICES OF DANIEL FEDER**
3  332 Pine Street, Suite 700
   San Francisco, CA 94104
4  Telephone: (415) 391-9476
   Facsimile:  (415) 391-9432
5
6  Attorneys for Plaintiff,
   LUCITA MITCHELL
7
8
9                          UNITED STATES DISTRICT COURT
10                         NORTHERN DISTRICT OF CALIFORNIA
11
12  LUCITA MITCHELL, an individual,            Case No. 15-CV-02208-MEJ
13          Plaintiff,
                                                **STIPULATED REQUEST FOR**
14      v.                                      **DISMISSAL AND [PROPOSED] ORDER**
15  WALGREENS, and DOES 1-50, inclusive,
16          Defendants.
17
18      Having completed their respective obligations under a written settlement agreement, Plaintiff
19  LUCITA MITCHELL ("Plaintiff") and Defendant WALGREEN CO. ("Defendant") (collectively "the
20  Parties"), by and through their respective counsel, hereby stipulate as follows:
21      1.      The above-captioned action shall be dismissed with prejudice; and
22
23
24
25
26
27
28

2. Each party shall bear its own attorneys' fees and costs of suit.

**IT IS SO STIPULATED.**

DATED: July 20, 2016                             Respectfully submitted,

                                                 THE LAW OFFICES OF DANIEL FEDER


                                                 By: /s/ *Daniel L. Feder*

                                                 Daniel L. Feder

                                                 Attorneys for Plaintiff
                                                 LUCITA MITCHELL

DATED: July 20, 2016                             Respectfully submitted,

                                                 MORGAN, LEWIS & BOCKIUS LLP


                                                 By: /s/ *Amelia Sanchez-Moran*

                                                 Amelia Sanchez-Moran

                                                 Attorneys for Defendant
                                                 WALGREEN CO.


### ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)

I, Daniel Feder, attest that concurrence in the filing of this stipulation has been obtained from the signatories, Daniel L. Feder, counsel for Plaintiff and Amelia Sanchez-Moran, counsel for Defendant WALGREEN CO.

DATED: July __, 2016             By:   /s/ *Daniel Feder*
                                       Daniel Feder

# [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, this action is hereby dismissed with prejudice.  Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: July 20, 2016

_____
Honorable Judge Maria-Elena James
United States District Judge